```
 1  Justin C. Jones, Esq.
    Nevada Bar No. 8519
 2  Joseph G. Went, Esq.
    Nevada Bar No. 9220
 3  HOLLAND & HART LLP
    9555 Hillwood Drive, 2nd Floor
 4  Las Vegas, Nevada 89134
    (702) 669-4600
 5  Email: JGWent@hollandhart.com
    Attorneys for Bank of Las Vegas
 6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, a Kentucky corporation and a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF LAS VEGAS, a Nevada corporation, <br><br> Defendant. | Case No.: 2:10-cv-01485-KJD-RJJ <br><br> **SUBSTITUTION OF COUNSEL** |
| BANK OF LAS VEGAS, a Nevada corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> FIRST SOUTHERN NATIONAL BANK, a Kentucky corporation and a national bank, <br><br> Counterdefendant. | |
| BANK OF LAS VEGAS, a Nevada corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> CARNEGIE PIZZA, LLC, a Nevada limited liability company; CARMINE VENTO and ANN M. VENTO, in their individual capacities and in their capacities as trustees of THE CARMINE VENTO AND ANN M. VENTO REVOCABLE FAMILY TRUST; FGA, Inc. dba INSTANT REPLAY SPORTS PUB & GRILLE, a Nevada corporation, | |

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 • Fax: (702) 669-4650

Third Party Defendants.

Defendant Bank of Las Vegas hereby substitutes the law firm of Holland & Hart LLP as its attorney of record in the above-entitled matter in the place and stead of Kolesar & Leatham, Chtd. An executed copy of this document via facsimile will be considered as an original, and may be signed in counterpart by all parties involved.

DATED this 26 day of September 2011

BANK OF LAS VEGAS

By: _____

Its: SVP

Kolesar & Leatham, Chtd hereby consents to its substitution as attorney of record for Defendant Bank of Las Vegas.

DATED this 27th day of September 2011.

KOLESAR & LEATHAM, CHTD.

By: _____
Nile Leatham
Nevada Bar No. 2838
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

Holland & Hart LLP hereby consents to its substitution as attorney of record for Defendant Bank of Las Vegas in the above-entitled matter in the place and stead of Kolesar & Leatham, Chtd.

DATED this __ day of September 2011.

HOLLAND & HART LLP

By: _____
Justin C. Jones
Nevada Bar No. 8519
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Bank of Las Vegas*

Page 2 of 1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the ___ day of September 2011, I served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid] to the persons and addresses listed below:

Keegan G. Low klow@rbslattys.com,
czaehringer@rbslattys.com

Stefanie T. Sharp ssharp@rbsllaw.com,
czaehringer@rbslattys.com,
hderico@rbslattys.com

Steven C. Lockhart slockhart@gardere.com

_____
An Employee of Holland & Hart LLP

5241613_1.DOCX

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  September 30, 2011**

Page 3 of 1