1  Justin C. Jones, Esq.
   Nevada Bar No. 8519
2  Joseph G. Went, Esq.
   Nevada Bar No. 9220
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, Nevada 89134
   (702) 669-4600
5  Email: JGWent@hollandhart.com
   *Attorneys for Bank of Las Vegas*
6

7              UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9                          * * *

10 FIRST SOUTHERN NATIONAL BANK, a        Case No.: 2:10-cv-01485-KJD-RJJ
   Kentucky corporation and a national bank,
11
            Plaintiff,                     **STIPULATION AND
12                                         ORDER OF DISMISSAL**
   vs.
13
   BANK OF LAS VEGAS, a Nevada
14 corporation,

15          Defendant.

16 BANK OF LAS VEGAS, a Nevada
   corporation,
17
            Counterclaimant,
18
   vs.
19
   FIRST SOUTHERN NATIONAL BANK, a
20 Kentucky corporation and a national bank,

21          Counterdefendant.

22 BANK OF LAS VEGAS, a Nevada
   corporation,
23
            Third Party Plaintiff,
24

25 vs.

26 CARNEGIE PIZZA, LLC, a Nevada limited
   liability company, CARMINE VENTO and
27 ANN M. VENTO, in their individual
   capacities and in their capacities as trustees of
28 THE CARMINE VENTO AND ANN M.
   VENTO REVOCABLE FAMILY TRUST;

| | |
|---|---|
| 1 | FGA, Inc. dba INSTANT REPLAY SPORTS PUB & GRILLE, a Nevada corporation, |
| 2 | |
| 3 | Third Party Defendants. |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff / Counterdefendant FIRST SOUTHERN NATIONAL BANK and Defendant / Counterclaimant BANK OF LAS VEGAS through their designated counsel hereby stipulate to the voluntary dismissal of the complaint and counterclaim in this action. The parties further stipulate that the dismissal is *with* prejudice and that each party is to bear its own costs and attorney fees.

DATED this 22 day of November 2011.

**FIRST SOUTHERN NATIONAL BANK**

By _____
Keegan G. Low, Esq.
Stefanie T. Sharp, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
*Attorney for First Southern National Bank*

By _____
Steven C. Lockhart, Esq.
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
*Attorney for First Southern National Bank*

**BANK OF LAS VEGAS**

By _____
Justin C. Jones, Esq.
Joseph G. Went, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorney for Bank of Las Vegas*

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/29/11

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

5257150_1.DOCX                Page 2 of 2

FGA, Inc. dba INSTANT REPLAY SPORTS PUB & GRILLE, a Nevada corporation,

Third Party Defendants.

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff / Counterdefendant FIRST SOUTHERN NATIONAL BANK and Defendant / Counterclaimant BANK OF LAS VEGAS through their designated counsel hereby stipulate to the voluntary dismissal of the complaint and counterclaim in this action. The parties further stipulate that the dismissal is *with* prejudice and that each party is to bear its own costs and attorney fees.

DATED this 28th day of November 2011.

**FIRST SOUTHERN NATIONAL BANK**          **BANK OF LAS VEGAS**

By _____          By _____
Keegan G. Low, Esq.                                          Justin C. Jones, Esq.
Stefanie T. Sharp, Esq.                                      Joseph G. Went, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOW           HOLLAND & HART LLP
71 Washington Street                                         9555 Hillwood Drive, 2nd Floor
Reno, NV 89503                                               Las Vegas, Nevada 89134
*Attorney for First Southern National Bank*                  *Attorney for Bank of Las Vegas*

By /s/ Steven C. Lockhart
Steven C. Lockhart, Esq.
GARDERE WYNNE SEWELL LLP
1601 Ehn Street, Suite 3000
Dallas, TX 75201
*Attorney for First Southern National Bank*

IT IS SO ORDERED,


_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: _____