Justin C. Jones, Esq.
Nevada Bar No. 8519
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
Email: JGWent@hollandhart.com
*Attorneys for Bank of Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIRST SOUTHERN NATIONAL BANK, a Kentucky corporation and a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF LAS VEGAS, a Nevada corporation,<br><br>Defendant. | Case No.: 2:10-cv-01485-KJD-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL** |
| BANK OF LAS VEGAS, a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>FIRST SOUTHERN NATIONAL BANK, a Kentucky corporation and a national bank,<br><br>Counterdefendant. | |
| BANK OF LAS VEGAS, a Nevada corporation,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>CARNEGIE PIZZA, LLC, a Nevada limited liability company, CARMINE VENTO and ANN M. VENTO, in their individual capacities and in their capacities as trustees of THE CARMINE VENTO AND ANN M. VENTO REVOCABLE FAMILY TRUST; | |

5257150_1                     Page 1 of 2

FGA, Inc. dba INSTANT REPLAY SPORTS PUB & GRILLE, a Nevada corporation,

      Third Party Defendants.

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff / Counterdefendant FIRST SOUTHERN NATIONAL BANK and Defendant / Counterclaimant BANK OF LAS VEGAS through their designated counsel hereby stipulate to the voluntary dismissal of the complaint and counterclaim in this action. The parties further stipulate that the dismissal is *with* prejudice and that each party is to bear its own costs and attorney fees.

DATED this 22 day of November 2011.

**FIRST SOUTHERN NATIONAL BANK**

By _____
Keegan G. Low, Esq.
Stefanie T. Sharp, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
*Attorney for First Southern National Bank*

By _____
Steven C. Lockhart, Esq.
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
*Attorney for First Southern National Bank*

**BANK OF LAS VEGAS**

By _____
Justin C. Jones, Esq.
Joseph G. Went, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorney for Bank of Las Vegas*

IT IS SO ORDERED,

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 11/29/11

5257150_1.DOCX        Page 2 of 2

1  FGA, Inc. dba INSTANT REPLAY SPORTS
2  PUB & GRILLE, a Nevada corporation,

        Third Party Defendants.

3

4    Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff /

5  Counterdefendant FIRST SOUTHERN NATIONAL BANK and Defendant / Counterclaimant

6  BANK OF LAS VEGAS through their designated counsel hereby stipulate to the voluntary

7  dismissal of the complaint and counterclaim in this action. The parties further stipulate that the

8  dismissal is *with* prejudice and that each party is to bear its own costs and attorney fees.

9    DATED this 28th day of November 2011.

10 **FIRST SOUTHERN NATIONAL BANK**    **BANK OF LAS VEGAS**

12  By _____    By _____
13  Keegan G. Low, Esq.    Justin C. Jones, Esq.
    Stefanie T. Sharp, Esq.    Joseph G. Went, Esq.
    ROBISON, BELAUSTEGUI, SHARP & LOW    HOLLAND & HART LLP
14  71 Washington Street    9555 Hillwood Drive, 2nd Floor
    Reno, NV 89503    Las Vegas, Nevada 89134
15  *Attorney for First Southern National Bank*    *Attorney for Bank of Las Vegas*

17  By /s/ Steven C. Lockhart
    Steven C. Lockhart, Esq.
    GARDERE WYNNE SEWELL LLP
18  1601 Ehn Street, Suite 3000
    Dallas, TX 75201
19  *Attorney for First Southern National Bank*

                        IT IS SO ORDERED,

                        _____
                        **UNITED STATES DISTRICT COURT JUDGE**

                        DATED: _____

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650